**F I L E D**

**UNITED STATES COURT OF APPEALS**

**OCT 30 2000**

**TENTH CIRCUIT**

_____

MIKE GARDNER,

      Petitioner-Appellant,

v.

JOE WILLIAMS, Warden, Lea County
Correctional Facility; GARY JOHNSON,
Governor, State of New Mexico; ROBERT
PERRY, Secretary of Corrections; NEW
MEXICO CORRECTIONS DEPARTMENT,
State of New Mexico; WACKENHUT
CORRECTIONS CORPORATION, a Florida
corporation; LEA COUNTY, NEW MEXICO;
ATTORNEY GENERAL FOR THE STATE OF
NEW MEXICO,

      Respondents - Appellees.

No. 00-2184
(D. N.M.)
(D.Ct. No. CIV-00-296-JP)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **BRORBY**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

After examining the briefs and appellate record, this panel has determined

_____

[*] This order and judgment is not binding precedent except under the doctrines of
law of the case, *res judicata* and collateral estoppel. The court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Appellant Mike Gardner, a state inmate appearing *pro se*, appeals the district court's decision denying his habeas corpus petition filed under 28 U.S.C. § 2241 for failure to exhaust existing state remedies. The facts and issues in this case are identical to those in *Rael v. Williams*, WL 1051845 (10th Cir. July 31, 2000), *petition for cert. filed*, (U.S. Oct. 10, 2000) (No. 00-6587). Thus, our decision is governed by this court's analysis and conclusions therein.

Accordingly, we grant Mr. Gardner a certificate of appealability and **AFFIRM** the judgment of the district court, as modified, to dismiss the claim cognizable under 28 U.S.C. § 2241 with prejudice; all other claims contained in Mr. Gardner's petition are dismissed without prejudice.

**Entered by the Court:**

**WADE BRORBY**
United States Circuit Judge

-2-